**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | CASE NO.  1:23-MJ-482 |
| SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | MAGISTRATE JUDGE: KAREN L. LITKOVITZ |

**ORDER UNSEALING CASE WITH REDACTIONS**

This matter is before the Court on the motion of the United States to permanently seal certain documents and unseal the case.  For the reasons stated by the United States and for good cause, the motion is **GRANTED**.  It is hereby **ORDERED**:

1.  Document 1, the Application and Affidavit for Search Warrant, shall be permanently sealed.

2.  The redacted version of Document 1, attached to the United States' motion as Exhibit A, shall be filed on the Court's docket.

3.  This case shall be unsealed.

**IT IS SO ORDERED**.

DATE:  8/28/2024

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE